# Earnings Statement



CO    FILE    DEPT.    CLOCK    VCHR. NO.    020
LRV    000768    090524    0000100UT

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

| | |
|---|---|
| Period Beginning: | 05/14/2023 |
| Period Ending: | 05/20/2023 |
| Pay Date: | 05/26/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**SALLY SHERIDAN
17 ROSE ARBOR LANE
LEVITTOWN PA 19055**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 5,287.70 |
| Overtime | 41.2500 | 1.15 | 47.44 | 204.61 |
| Gross Pay | | | **$1,147.44** | 5,492.31 |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -103.60 | 488.00 |
| | Social Security Tax | -71.14 | 340.52 |
| | Medicare Tax | -16.64 | 79.64 |
| | PA State Income Tax | -35.23 | 168.61 |
| | Bristol Twp Income Tax | -5.74 | 27.46 |
| | NJ SUI Tax | -4.87 | 23.34 |
| | NJ Paid Family Leave Ins | -0.69 | 3.30 |
| **Net Pay** | | **$909.53** | |
| Checking | | -909.53 | |
| **Net Check** | | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.15 | |

### Important Notes

YOUR COMPANY PHONE NUMBER 610 637 3817

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
 NJ:    Single
Exemptions/Allowances:
 NJ:    Table A

Your federal taxable wages this period are
$1,147.44

---

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

| | |
|---|---|
| **Advice number:** | **00000210052** |
| Pay date: | 05/26/2023 |

Deposited to the account of
**SALLY SHERIDAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6510 | xxxx xxxx | $909.53 |



**NON-NEGOTIABLE**

© 2000 ADP, Inc.

## Earnings Statement 

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  020.
LRV   000768  090524  00000200050

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ   08016-4120

| Period Beginning: | 05/07/2023 |
|---|---|
| Period Ending: | 05/13/2023 |
| Pay Date: | 05/19/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SALLY  SHERIDAN**
**17  ROSE  ARBOR  LANE**
**LEVITTOWN  PA  19055**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 4,187.70 |
| Overtime | 41.2500 | 1.18 | 48.68 | 157.17 |
| Gross Pay | | | $1,148.68 | 4,344.87 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -103.87 | 384.40 |
| | Social Security Tax | -71.22 | 269.38 |
| | Medicare Tax | -16.66 | 63.00 |
| | PA State Income Tax | -35.26 | 133.38 |
| | Bristol Twp Income Tax | -5.74 | 21.72 |
| | NJ SUI Tax | -4.89 | 18.47 |
| | NJ Paid Family Leave Ins | -0.69 | 2.61 |
| | Net Pay | $910.35 | |
| | Checking | -910.35 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.18 | |

**Important  Notes**
YOUR COMPANY PHONE NUMBER 610 637 3817

BASIS OF PAY: HOURLY

**Additional  Tax  Withholding  Information**
Taxable Marital Status:
  NJ:         Single
Exemptions/Allowances:
  NJ:         Table A

Your federal taxable wages this period are
$1,148.68

© 2000 ADP, Inc.

---

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ   08016-4120

| Advice number: | 00000200050 |
|---|---|
| Pay date: | 05/19/2023 |



Deposited to the account of
**SALLY  SHERIDAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6510 | xxxx xxxx | $910.35 |

**NON-NEGOTIABLE**

# Earnings Statement 

CO.   FILE   DEPT.   CLOCK   VCHR. NO.   020
LRV   .000768   090524   .000020000

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

| | |
|---|---|
| Period Beginning: | 04/30/2023 |
| Period Ending: | 05/06/2023 |
| Pay Date: | 05/12/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**SALLY SHERIDAN
17 ROSE ARBOR LANE
LEVITTOWN PA 19055**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 3,087.70 |
| Overtime | 41.2500 | 1.38 | 56.93 | 108.49 |
| Gross Pay | | | $1,156.93 | 3,196.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.69 | 280.53 |
| | Social Security Tax | -71.73 | 198.16 |
| | Medicare Tax | -16.77 | 46.34 |
| | PA State Income Tax | -35.52 | 98.12 |
| | Bristol Twp Income Tax | -5.78 | 15.98 |
| | NJ SUI Tax | -4.91 | 13.58 |
| | NJ Paid Family Leave Ins | -0.70 | 1.92 |
| | Net Pay | $915.83 | |
| | Checking | -915.83 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.38 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER 610 637 3817

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
    NJ:         Single
Exemptions/Allowances:
    NJ:         Table A

Your federal taxable wages this period are
$1,156.93

© 2000 ADP, Inc.

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

| | |
|---|---|
| Advice number: | 00000190050 |
| Pay date: | 05/12/2023 |

Deposited to the account of
**SALLY SHERIDAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6510 | xxxx xxxx | $915.83 |



**NON-NEGOTIABLE**

# Earnings Statement 

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

Period Beginning: 04/23/2023
Period Ending: 04/29/2023
Pay Date: 05/05/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SALLY SHERIDAN
17 ROSE ARBOR LANE
LEVITTOWN PA 19055**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 1,987.70 |
| Overtime | 41.2500 | 1.25 | 51.56 | 51.56 |
| Gross Pay | | | **$1,151.56** | 2,039.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.25 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.51 | 174.84 |
| | Social Security Tax | -71.39 | 126.43 |
| | Medicare Tax | -16.70 | 29.57 |
| | PA State Income Tax | -35.35 | 62.60 |
| | Bristol Twp Income Tax | -5.76 | 10.20 |
| | NJ SUI Tax | -4.90 | 8.67 |
| | NJ Paid Family Leave Ins | -0.69 | 1.22 |
| | Net Pay | **$912.26** | |
| | Checking | -912.26 | |
| | Net Check | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER 610 637 3817

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:  Single
Exemptions/Allowances:
  NJ:  Table A

Your federal taxable wages this period are
$1,151.56

© 2000 ADP, Inc.

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

Advice number: 00000180051
Pay date: 05/05/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SALLY SHERIDAN | xxxxxx6510 | xxxx xxxx | $912.26 |



**NON-NEGOTIABLE**

## Earnings Statement

ADP

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

Period Beginning: 04/30/2023
Period Ending: 05/06/2023
Pay Date: 05/12/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**SALLY SHERIDAN**
**17 ROSE ARBOR LANE**
**LEVITTOWN PA 19055**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 27.5000 | 40.00 | 1,100.00 | 3,087.70 |
| Overtime | 41.2500 | 1.38 | 56.93 | 108.49 |
| Gross Pay | | | $1,156.93 | 3,196.19 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -105.69 | 280.53 |
| | Social Security Tax | -71.73 | 198.16 |
| | Medicare Tax | -16.77 | 46.34 |
| | PA State Income Tax | -35.52 | 98.12 |
| | Bristol Twp Income Tax | -5.78 | 15.98 |
| | NJ SUI Tax | -4.91 | 13.58 |
| | NJ Paid Family Leave Ins | -0.70 | 1.92 |
| | Net Pay | $915.83 | |
| | Checking | -915.83 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 41.38 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER 610 637 3817

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NJ:                 Single
Exemptions/Allowances:
NJ:                 Table A

Your federal taxable wages this period are
$1,156.93

© 2000 ADP, Inc.

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ 08016-4120

Advice number:        00000190050
Pay date:             05/12/2023

Deposited to the account of
**SALLY SHERIDAN**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxx6510 | xxxx xxxx | $915.83 |



**NON-NEGOTIABLE**

# Earnings Statement



MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ   08016-4120

| | | |
|---|---|---|
| Period Beginning: | 04/16/2023 |
| Period Ending: | 04/22/2023 |
| Pay Date: | 04/28/2023 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**SALLY  SHERIDAN
17 ROSE ARBOR LANE
LEVITTOWN  PA 19055**

## Earnings

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 27.5000 | 32.28 | 887.70 | | 887.70 |
| Gross Pay | | | $887.70 | | 887.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.33 | 70.33 |
| | Social Security Tax | -55.04 | 55.04 |
| | Medicare Tax | -12.87 | 12.87 |
| | PA State Income Tax | -27.25 | 27.25 |
| | Bristol Twp Income Tax | -4.44 | 4.44 |
| | NJ SUI Tax | -3.77 | 3.77 |
| | NJ Paid Family Leave Ins | -0.53 | 0.53 |
| | Net Pay | | $713.47 |
| | Net Check | | $713.47 |

Your  federal  taxable  wages  this  period  are  $887.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 32.28 | |

### Deposits

| | |
|---|---|
| Account No. | xxxxxx6510 |
| Transit/ABA | xxxx xxxx |
| Pending | |

### Important Notes

YOUR COMPANY  PHONE NUMBER  610 637 3817

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED  OF YOUR REQUEST  FOR DIRECT
DEPOSIT. IT WILL BEGIN  AFTER ACCOUNT  VERIFICATION.

### Additional Tax Withholding Information

Taxable  Marital  Status:
   NJ:          Single
Exemptions/Allowances:
   NJ:          Table A

© 2000 ADP, Inc.

---

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ   08016-4120

LRV                                    90-477/1222
**Payroll check number:  0058412220**
Pay date:                    04/28/2023

Pay to the
order of:    **SALLY  SHERIDAN**

| This amount: | SEVEN  HUNDRED  THIRTEEN  AND  47/100 DOLLARS | $713.47 |
|---|---|---|

ASSISTANCE  VERIFICATION AVAILABLE  421-2820
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.



THIS IS NOT A CHECK

785276 - Sally J. Sheridan                                  Voucher #: (78446)                              Pay Date: 04/07/2023
Clover Farms/Levittown/Administrati/Manager                                                          Pay Period: 03/26/2023-04/01/2023

## Earnings

|             | YTD   | Current  | YTD       |
|-------------|-------|----------|-----------|
| BON         |       | 1,000.00 | 1,000.00  |
| Double Time |       |          | 491.13    |
| HOL         | 32.00 |          | 844.00    |
| OT          |       |          | 2,339.69  |
| Personal    |       |          | 1,064.00  |
| RETR        |       |          | 18.17     |
| Regular     |       |          | 15,495.20 |
| VAC         |       |          | 1,070.00  |
| **Gross Pay** |     | 1,000.00 | 22,322.19 |

## Accruals

|          |      | Accrued | Taken | Bal. | Sch. | Accrue Rate  |
|----------|------|---------|-------|------|------|--------------|
| Holiday  | Hrs: | 24.00   | 24.00 | 0.00 | 0.00 | 48 Hrs/Yearly |
| Personal | Hrs: | 32.00   | 32.00 | 0.00 | 0.00 | 40/Yearly    |
| Vacation | Hrs: | 40.00   | 40.00 | 0.00 | 0.00 | 40 Hrs/Yearly |

## Tax Allowance Settings

| Federal:      | Single/Married Filing Sep     |
|---------------|-------------------------------|
|               | Form W4 2020 And Later: Yes   |
|               | Two Jobs: No                  |
|               | Claim Dependent: $0.00        |
|               | Deduction: $0.00              |
|               | Other Income: $0.00           |
| Pennsylvania: | Allowances: 0                 |

## Deductions

|                    | Current | YTD      |
|--------------------|---------|----------|
| 401(k)             |         | 149.25 [1] |
| COL                |         | 875.81   |
| Garnishment        |         | 1,517.52 |
| Medical Pre-Tax    |         | 390.00 [2] |
| **Total**          | 0.00    | 2,932.58 |

## Taxes Withheld

|             | Taxable  | Taxable YTD | Current | YTD      |
|-------------|----------|-------------|---------|----------|
| FIT         | 1,000.00 | 21,782.94   | 220.00  | 2,217.93 |
| FICA        | 1,000.00 | 21,932.19   | 62.00   | 1,359.80 |
| MEDI        | 1,000.00 | 21,932.19   | 14.50   | 318.02   |
| SIT:PA      | 1,000.00 | 21,932.19   | 30.70   | 673.31   |
| SUI:PA      | 1,000.00 | 22,322.19   | 0.70    | 15.32    |
| Bristol, Tow | 1,000.00 | 21,932.19  | 5.00    | 109.68   |
| Bristol, Tow | 1,000.00 | 21,932.19  | 1.00    | 14.00    |
| **Total**   |          |             | 333.90  | 4,708.06 |

| **Net Pay**              | 666.10 | 14,681.55 |
|--------------------------|--------|-----------|
| Police & Fire CU (0241)  | 666.10 | 14,681.55 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

Clover Farms Dairy Co. PO Box 14627, Reading, PA 19612-4627

1 of

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

**Clover Farms Dairy Co.**
PO Box 14627
Reading, PA 19612-4627

| Pay Date: | 04/07/2023 |
|-----------|------------|
| Voucher #: | (78446)   |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|--------------------------------|-----------|--------------|-----------|-------------|---------|
| Sally J. Sheridan              | 1         | Checking     | XXXXXXXXX0241 | 236084285 | 666.10 |

Clover Farms/Levittown/Administrati/Manager/Non-Union   785276  04/07/2023   (78446)

**Sally J. Sheridan**
17 Rose Arbor Lane
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

**#785276 - Sally J. Sheridan**
**Clover Farms/Levittown/Administrati/Manager/**

Voucher #(78182)

Pay Date: 03/31/2023
Pay Period: 03/19/2023-03/25/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Doubl | 53.50 | 9.18 | | 491.13 | 491.13 |
| IOL | 26.75 | 16.00 | 32.00 | 428.00 | 844.00 |
| JT | 40.13 | 8.52 | | 341.87 | 2,339.69 |
| erso | 26.75 | 32.00 | | 856.00 | 1,064.00 |
| ET | | | | | 18.17 |
| egul | 26.75 | 120.00 | | 3,210.00 | 15,495.20 |
| AC | 26.75 | 40.00 | | 1,070.00 | 1,070.00 |
| **Gross Pay** | | | | **6,397.00** | **21,322.19** |

### Deductions

| | Current | YTD |
|---|---|---|
| 01(k) | | 149.25 [1] |
| OL | 67.37 | 875.81 |
| Garnishment | 332.86 | 1,517.52 |
| Medical Pre-Tax | 30.00 | 390.00 [2] |
| **Total** | **430.23** | **2,932.58** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| TT | 6,367.00 | 20,782.94 | 575.73 | 1,997.93 |
| ICA | 6,367.00 | 20,932.19 | 394.76 | 1,297.80 |
| MEDI | 6,367.00 | 20,932.19 | 92.32 | 303.52 |
| IT:PA | 6,367.00 | 20,932.19 | 195.47 | 642.61 |
| UI:PA | 6,397.00 | 21,322.19 | 4.48 | 14.62 |
| Bristol, Tow | 6,367.00 | 20,932.19 | 31.84 | 104.68 |
| Bristol, Tow | 6,367.00 | 20,932.19 | 1.00 | 13.00 |
| **Total** | | | **1,295.60** | **4,374.16** |

| Net Pay | | | 4,671.17 | 14,015.45 |
|---|---|---|---|---|
| Police & Fire CU (0241) | | | 4,671.17 | 14,015.45 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 03/20/2023 | | 07:29a | 05:06p | 9.62 |
| Tue, 03/21/2023 | | 07:25a | 05:11p | 9.77 |
| Wed, 03/22/2023 | | 07:26a | 03:14p | 7.80 |
| Thu, 03/23/2023 | | 07:39a | 04:38p | 8.98 |
| Fri, 03/24/2023 | | 07:16a | 07:37p | 12.35 |
| Sat, 03/25/2023 | Holiday | | | 16.00 |
| Sat, 03/25/2023 | Personal | | | 32.00 |
| Sat, 03/25/2023 | Vacation | | | 40.00 |
| Sat, 03/25/2023 | | 04:40a | 10:49a | 6.15 |
| Sat, 03/25/2023 | | 08:33a | 11:35a | 3.03 |

### Accruals

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| Holiday | Hrs: | 24.00 | 24.00 | 0.00 | | 48 Hrs/Yearly |
| Personal | Hrs: | 32.00 | 32.00 | 0.00 | 0.00 | 40/Yearly |
| Vacation | Hrs: | 40.00 | 40.00 | 0.00 | 0.00 | 40 Hrs/Yearly |

### Tax Allowance Settings

| Federal: | Single/Married Filing Sep. |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1]  Reduces your Federal & State Withholding Taxable Wage
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

Clover Farms Dairy Co. PO Box 14627, Reading, PA 19612-4627

1 of 1

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

Clover Farms Dairy Co.
PO Box 14627
Reading, PA 19612-4627

| Pay Date: | 03/31/2023 |
|---|---|
| Voucher #: | (78182) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Sally J. Sheridan | 1 | Checking | XXXXXXXXX0241 | 236084285 | 4,671.17 |

Clover Farms/Levittown/Administrati/Manager/Non-Union  785276  03/31/2023  (78182)

**Sally J. Sheridan**
17 Rose Arbor Lane
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

**#785276 - Sally J. Sheridan**
Clover Farms/Levittown/Administrati/Manager/

Voucher #(77780)

Pay Date: 03/24/2023
Pay Period: 03/12/2023-03/18/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| IOL | | 16.00 | | | 416.00 |
| OT | 40.13 | 4.72 | | 189.39 | 1,997.82 |
| Perso | | | | | 208.00 |
| RET | | | | | 18.17 |
| Regul | 26.75 | 40.00 | | 1,070.00 | 12,285.20 |
| **Gross Pay** | | | | **1,259.39** | **14,925.19** |

### Deductions

| | | | Current | YTD | |
|---|---|---|---|---|---|
| 01(k) | | | 12.59 | 149.25 | 1 |
| COL | | | 67.37 | 808.44 | |
| Garnishment | | | 100.07 | 1,184.66 | |
| Medical Pre-Tax | | | 30.00 | 360.00 | 2 |
| **Total** | | | **210.03** | **2,502.35** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| TT | 1,216.80 | 14,415.94 | 118.86 | 1,422.20 |
| FICA | 1,229.39 | 14,565.19 | 76.22 | 903.04 |
| MEDI | 1,229.39 | 14,565.19 | 17.83 | 211.20 |
| HT:PA | 1,229.39 | 14,565.19 | 37.74 | 447.14 |
| UI:PA | 1,259.39 | 14,925.19 | 0.88 | 10.14 |
| Bristol, Tow | 1,229.39 | 14,565.19 | 6.15 | 72.84 |
| Bristol, Tow | 1,229.39 | 14,565.19 | 1.00 | 12.00 |
| **Total** | | | **258.68** | **3,078.56** |

| **Net Pay** | | | 790.68 | 9,344.28 |
|---|---|---|---|---|
| Police & Fire CU (0241) | | | 790.68 | 9,344.28 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 03/13/2023 | | 07:39a | 04:41p | 9.03 |
| Tue, 03/14/2023 | | 07:31a | 04:49p | 9.30 |
| Wed, 03/15/2023 | | 07:23a | 04:13p | 8.83 |
| Thu, 03/16/2023 | | 07:21a | 04:32p | 9.18 |
| Fri, 03/17/2023 | | 07:24a | 03:47p | 8.38 |

### Accruals

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| Holiday | Hrs: | 64.00 | 8.00 | 56.00 | 0.00 | 48 Hrs/Yearly |
| Personal | Hrs: | 32.00 | 0.00 | 32.00 | 0.00 | 40/Yearly |
| Vacation | Hrs: | 40.00 | 0.00 | 40.00 | 0.00 | 40 Hrs/Yearly |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Single/Married Filing Sep. |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

1   Reduces your Federal & State Withholding Taxable Wage

2   Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

Clover Farms Dairy Co. PO Box 14627, Reading, PA 19612-4627

1 of 1

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

THE FACE OF THIS DOCUMENT HAS A MULTI COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

Clover Farms Dairy Co.
PO Box 14627
Reading, PA 19612-4627

| Pay Date: | 03/24/2023 |
|---|---|
| Voucher #: | (77780) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Sally J. Sheridan | 1 | Checking | XXXXXXXXX0241 | 236084285 | 790.68 |

Clover Farms/Levittown/Administrati/Manager/Non-Union   785276   03/24/2023   (77780)

**Sally J. Sheridan**
17 Rose Arbor Lane
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**