Certificate Number: 05781-PAE-DE-037614515

Bankruptcy Case Number: 23-11337



05781-PAE-DE-037614515

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2023, at 5:16 o'clock PM PDT, Sally Sheridan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 23, 2023  

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President