# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                       Chapter 13

       SALLY J. SHERIDAN                      Bankruptcy No. 23-11337-AMC

       17 ROSE ARBOR LANE

       LEVITTOWN, PA 19055

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SALLY J. SHERIDAN

    17 ROSE ARBOR LANE

    LEVITTOWN, PA 19055

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/17/2023                                                                     /s/ Kenneth E. West

                                                                       _____
                                                                       Kenneth E. West, Esquire
                                                                       Chapter 13 Standing Trustee