United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Sally J. Sheridan

Debtor

Case No. 23-11337-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Aug 22, 2023

User: admin

Form ID: 155

Page 1 of 2

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sally J. Sheridan, 17 Rose Arbor Lane, Levittown, PA 19055-1412 |
| 14779994 | + | Associated Receivable, 1058 Claussen Rd Ste 110, Augusta, GA 30907-0301 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14791403 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2023 23:49:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14779996 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 23 2023 00:00:29 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14779997 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 23 2023 00:00:37 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14782961 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2023 23:53:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14779995 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 00:00:37 | Chase Auto, Po Box 15298, Wilmington, DE 19850 |
| 14789603 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2023 23:50:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14794236 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 22 2023 23:48:54 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14787638 | ^ | MEBN | Aug 23 2023 09:52:33 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779998 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:54:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14799301 | + | Email/PDF: cbp@omf.com | Aug 22 2023 23:50:05 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14779999 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2023 23:53:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14797611 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2023 23:53:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14780001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2023 23:50:00 | Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14780000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2023 00:00:18 | Portfolio Rc, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14798932 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2023 23:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 155 | Total Noticed: 24 |

| | | | 56302-7999 |
|---|---|---|---|
| 14791764 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 22 2023 23:53:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14780002 | + Email/Text: Supportservices@receivablesperformance.com | | |
| | | Aug 22 2023 23:54:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 14780003 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 23 2023 00:00:30 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |
| 14780004 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 22 2023 23:53:00 | Verizon California Inc, Verizon Wireless Dept., Po Box 3397, Bloomington, IL 61702-3397 |
| 14780005 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 22 2023 23:53:00 | Verizon California Inc, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14780007 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 22 2023 23:53:00 | Verizon Pen, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14780006 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 22 2023 23:53:00 | Verizon Pen, Verizon Wireless Department/Attn: Bankru, Po Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Sally J. Sheridan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Sally J. Sheridan

        Debtor(s)

Chapter: 13

Bankruptcy No: 23−11337−amc

_____

### ***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

AND NOW, this August 22, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

24 − 19
Form 155