**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **SALLY SHERIDAN**          :   **CHAPTER 13**
                                     :
         **Debtor(s)**               :   **BANKRUPTCY NO. 23-11337AMC**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 39, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #48) is **approved**.

Date:   Dec. 6, 2024

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE