# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SALLY J. SHERIDAN              :         CHAPTER 13
                                       :
      Debtor                          :         NO. 23-11337AMC

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application"), filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:
1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $500.00.

Dated: _____

**Date: January 3, 2025**

_____
Honorable Ashely M. Chan
Chief, U.S. Bankruptcy Court Judge